No. 74–6614. FRIESEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6615. MONTEER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–6616. FALK *v.* CARTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–6617. KIRVELAITIS *v.* GRAY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 74–6618. GUTHRIE *v.* AULT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–6619. BRICE *v.* COLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 74–6620. CLEMONS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 74–6623. DAWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6625. MARXUACH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 74–6626. McINTIRE *v.* WASHINGTON; and
No. 74–6627. MANLY *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. Reported below: 85 Wash. 2d 120, 530 P. 2d 306.

No. 74–6630. VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6633. WARREN ET AL. *v.* NORMAN REALTY Co. ET AL. C. A. 8th Cir. Certiorari denied.